Sona STEVENS, Individually and as Executrix of the Estate of Vartan Baligian

v.

Carel BAINUM.

2014–339–C.A.

Supreme Court of Rhode Island.

Jan. 12, 2015.

David J. Strachman, Esq.

Carel Bainum, Pro Se

### ORDER

This case came before the Court in conference on the plaintiff's motion to dismiss the defendant's appeal from an interlocutory Superior Court ruling granting the plaintiff's motion for the entry of default. The defendant, in a recent filing with this Court, states that she never received a copy of the plaintiff's dismissal motion. She therefore requests that the plaintiff be directed to refile her motion with proper notice to the defendant so that the latter can respond in a timely manner. However, upon our independent review of the papers in the case, this Court is satisfied that the Superior Court ruling which is the subject of the defendant's instant appeal is clearly interlocutory and was not appealable. Accordingly, no response from the defendant is necessary here.

The motion to dismiss the defendant's appeal as interlocutory is granted.

James LAWRENCE

v.

STATE of Rhode Island.

2015–3–M.P.

Supreme Court of Rhode Island.

1. The record contains several variations of the

Jan. 13, 2015.

John F. Cicilline, Esq.

Joseph J. McBurney, Department of Attorney General.

### ORDER

This is a petition for writ of habeas corpus wherein the petitioner asserts entitlement to bail pursuant to the provisions of G.L.1956 § 12–13–7, more than six months having elapsed from the date he was arraigned and ordered held without bail. This Court has held, however, that the six-month period within which a defendant must be tried or bailed under the cited statute commences when the defendant demands a trial. *See In re Deslovers,* 35 R.I. 248, 86 A. 657 (1913) and *Bridges v. Superior Court,* 121 R.I. 101, 396 A.2d 97 (1978). In this case, the petitioner's speedy-trial demand was filed on August 12, 2014. Therefore the statutory six-month period has not yet run.

Accordingly, the petition for writ of habeas corpus is denied.